JOHN R. HANSON, ESQ.
California Bar No. 149794
Nevada Bar No. 13141
**WORTHE HANSON & WORTHE**
A Law Corporation
1851 East First Street, Ninth Floor
Santa Ana, California 92705
Telephone (714) 285-9600; Facsimile (714) 285-9700
Email: Jhanson@whwlawcorp.com

ATTORNEYS FOR DEFENDANT, THE STANDARD FIRE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LUIS CONTRERAS, an Individual, <br><br> Plaintiff, <br><br> v. <br><br> STANDARD FIRE INSURANCE COMPANY, dba TRAVELERS; DOES I - X, Inclusive, ROE Corporations I-X, Inclusive. <br><br> Defendants. | Case No. 2:18-CV-00312-JAD-VCF <br> (Nevada Case Number: A-18-768644-C) <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> ECF No. 10 |

**IT IS HEREBY JOINTLY STIPULATED AND AGREED** by the parties to this action, by and through their respective counsel of records, that pursuant to *Federal Rule of Civil Procedure* 41(a)(1):

1. All claims against all parties to the above-captioned action are hereby dismissed with prejudice.
2. Each party shall bear its own attorneys' fees and costs.
3. This matter is concluded in its entirety and shall be dismissed.

DATED: June ___, 2018            **LAW OFFICE OF LIBO AGWARA, LTD.**


                                 By: /s/ LIBORIUS AGWARA
                                 LIBORIUS AGWARA, ESQ., ATTORNEY FOR
                                 PLAINTIFF/RELEASOR, LUIS CONTRERAS

DATED: August 13, 2018            WORTHE HANSON & WORTHE

By: __/s/ JOHN R. HANSON_____
JOHN R. HANSON, ESQ.
Attorneys for DEFENDANT, STANDARD FIRE INSURANCE COMPANY

## ORDER

Based on the parties' stipulation **[ECF No. 10]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION **is DISMISSED with prejudice**, each party to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 20, 2018